## ROBERT LITTLE *versus* WILLIAM LITTLE

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Time for filing declaration extended *p. 358; (2) continued *p. 446; (3) discontinued *p. 478.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) bail piece; (5) declaration and bill of particulars; (6) plea of non assumpsit; (7) notice of special matter—failure of consideration—to be given in evidence under general issue; (8) discontinuance.

*1822–23 Calendar*, MS p. 35.